```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                           :

ANDREW M. CUOMO,                         :

                            Movant,    :          1:22-mc-279-GHW

                  -v -                              :        ORDER REFERRING CASE
                                            :        TO MAGISTRATE JUDGE

THE NEW YORK STATE ASSEMBLY :
JUDICIARY COMMITTEE,

                         Respondent.  :
------------------------------------------------------------ X

The above entitled action is referred to a United States magistrate judge for the following purpose:

 **X**  General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific non-dispositive motion/dispute:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas corpus

___ Social Security

 **X**  Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Particular motion: _____
_____

All such motions: _____**X**_____

SO ORDERED.

Dated: October 6, 2022
       New York, New York

                                                                    _____
                                                                         GREGORY H. WOODS
                                                                       United States District Judge