**Davis Polk**

Greg D. Andres
+1 212 450 4724
greg.andres@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

January 19, 2023

**Via ECF**

The Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Cuomo v. The New York State Assembly Judiciary Committee*, Case No. 22-mc-03027 (LDH) (TAM)

Dear Judge Merkl:

As counsel for Subpoenaed Non-Party New York State Assembly Judiciary Committee, I write in response to the Court's January 19, 2023 Order directing the parties in the above-referenced case and *Cuomo v. Office of the New York State Attorney General*, Case No. 22-mc-03044 (LDH) (TAM) to meet and confer regarding rescheduling the oral argument.  We have conferred with respective counsel for former Governor Cuomo and the Office of the New York State Attorney General.  The parties agree to reschedule the in-person oral argument for February 7, 2023 at 11 a.m.

We appreciate the Court's consideration and prompt response to the parties' request for adjournment.

Respectfully submitted,

*/s/ Greg D. Andres*
Greg D. Andres

cc:      Counsel of Record (via ECF)